IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ANTONIO PITTS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | Case No. CIV-19-0303-F |
| NATIONAL CREDIT SYSTEMS, Inc., | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge's Report and Recommendation of April 16, 2019 (doc. no. 7, the Report) recommends denial of plaintiff's motion for leave to proceed *in forma pauperis* (doc. no. 2). Plaintiff has not objected to the Report and Recommendation, nor has plaintiff requested an extension of time within which to object. Accordingly, with there being no objection, the Report, after review, is **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended in the Report, plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**. Absent payment of the filing fee within fourteen days of the date of this order, this action will be dismissed without prejudice for that reason.

IT IS SO ORDERED this 8th day of May, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0303p002.docx